UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 329 EAST 82ND STREET, NEW YORK, NEW YORK 10028,<br><br>                      Defendant. | **ORDER**<br><br>13 Civ. 5792 (ER) |

RAMOS, D.J.

      On August 16, 2013, the United States of America brought this action for forfeiture of the Defendant property, 329 East 82nd Street, New York, New York 10028.  Doc. 1.  On December 27, 2013, this Court extended the deadline for filing a claim contesting forfeiture until January 23, 2014.  Doc. 11.  No such claim was filed.  Accordingly, the Government is directed to submit a status report by **October 22, 2020**.  Failure to comply with the Court's order could result in sanctions, including dismissal for failure to prosecute.

      It is SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                                    Edgardo Ramos, U.S.D.J.